IN THE DISTRICT COURT FOR THE STATE OF MARYLAND COUNTY OF FREDERICK

| | |
|---|---|
| **Global Communications Group, Inc.**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**CyberMaxx, LLC**<br><br>Defendant/Respondent | Cause No.:   **1:26-cv-02617**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**Complaint; Summons** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **8th day of July, 2026** at **12:06 PM** at the address of **901 Elkridge Landing Rd, Linthicum Heights, Anne Arundel County, MD 21090**; the undersigned served the above described documents upon **CyberMaxx, LLC** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Charlene Parker, HR Administrator**, **I delivered the documents to Charlene Parker, HR Administrator who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 25-35 years of age, 5'-5'4" tall and weighing 120-140 lbs.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: **$112.00**

Declarant hereby states under penalty of perjury under the laws of the State of Maryland that the statement above is true and correct.

Date: ___07/08/2026___

**Marcus Bazemore**

Marcus G Bazemore

1001 Frederick Rd Unit 21112, Baltimore, MD 21228

443-463-1981

